OPINION — AG — THE INTERLOCAL COOPERATION ACT PERMITS AGREEMENTS BETWEEN INDEPENDENT SCHOOL DISTRICTS AND CITY GOVERNMENT WHEN THE PURPOSE BEHIND SUCH AN AGREEMENT IS TO FURTHER THE EFFICIENT USE OF THE RESPECTIVE POWER ENJOYED BY EACH PUBLIC AGENCY. CITE: OPINION NO. 71-372, 74 O.S. 1971 1004 [74-1004], 74 O.S. 1971 1001 [74-1001] [74-1001], 74 O.S. 1971 1006 [74-1006] (JOHNNY AKINS) ** SEE OPINION NO. 92-572 (1992)